**FILED**

JUL 2 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KATEASE DEVAUGHN )
505 Castlewood Place )
Largo, Maryland 20774 )
)
    Plaintiff, )
)    CASE NUMBER 1:05CV01451
v. )
)    JUDGE: Ricardo M. Urbina
INPHONIC, INC. )
1010 Wisconsin Avenue, NW )    DECK TYPE: Employment Discrimination
Washington, DC 20007 )
)    DATE STAMP: 07/22/2005
)
    Defendant. )

**JURY ACTION**

## NOTICE OF REMOVAL

Defendant InPhonic, Inc. ("InPhonic") by counsel, hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1446. In support of this Notice, InPhonic states as follows:

1.    On or about May 5, 2005, Plaintiff Katease DeVaughn ("DeVaughn") filed a complaint ("Original Complaint") in Katease DeVaughn v. Inphonic, Incorporated, C.A. No. 05ca0003489, in the Superior Court of the District of Columbia ("Superior Court Case").

2.    The Original Complaint stated purported claims only under non-federal law, and thus was not removable.

3.    On or about June 20, 2005, DeVaughn filed an amended complaint ("Amended Complaint") in the Superior Court Case.

4.    InPhonic first received a copy of the Amended Complaint on June 22, 2005. Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of the Original Complaint, and the Amended Complaint, is attached hereto as Exhibit A. Attached hereto as Exhibit B is a copy of the Superior Court's Order of July 12, 2005 extending to July 29, 2005 the time within which InPhonic

may respond to the Amended Complaint. No other process, pleadings or orders were filed in the Superior Court Case.

5. Removal of the Amended Complaint from the Superior Court to this Court is proper pursuant to 28 U.S.C. § 1441(a). This Court has removal jurisdiction because it would have had original jurisdiction over the Amended Complaint in the Superior Court Action pursuant to 28 U.S.C. § 1331 (federal question jurisdiction), in that the Amended Complaint purportedly states claims arising under the Civil Rights Act of 1866, 42 U.S.C. § 1981 *et seq.*, and the Family and Medical Leave Act, 29 U.S.C. § 2601 *et seq.*

6. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b) as it is being filed within thirty (30) days after InPhonic's receipt of service of the Amended Complaint, which was the first removable complaint in this case.

7. Written notice of the filing of this Notice of Removal will be given promptly to DeVaughn, and, together with a copy of the Notice of Removal, will be filed with the clerk of the Superior Court, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendant InPhonic respectfully requests that the above action now pending against it in the Superior Court of the District of Columbia be removed therefrom to this Court.

Dated: July 22, 2005

Respectfully submitted,

_____
Douglas B. Mishkin, DC Bar # 338590
Patton Boggs LLP
2550 M Street, NW
Washington, DC 20037
(202) 457-6000 (phone)
(202) 457-6482 (fax)

Counsel for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 22, 2005, a true copy of the foregoing Notice of Removal was served by first-class mail, postage prepaid, upon:

> Alan Lescht, Esq.
> Alan Lescht & Associates, P.C.
> 1050 17th Street, NW # 220
> Washington, DC 20036

_____
Douglas B. Mishkin