UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUL 2 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Katease DeVaughn
505 Castlewood Place
Largo, MD 20774

    Plaintiff,

v.

InPhonic, Inc.
1010 Wisconsin Avenue, NW
Washington, DC 20007

    Defendant

CASE NUMBER   1:05CV01451

JUDGE: Ricardo M. Urbina

DECK TYPE: Employment Discrimination

DATE STAMP: 07/22/2005

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for InPhonic, Inc., certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of InPhonic, Inc., which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: July 22, 2005

Respectfully submitted,

_____
Douglas B. Mishkin, D.C. Bar. No. 338590
PATTON BOGGS, LLP
2550 M Street, N.W.
Washington, D.C. 20037
202-457-6020

Counsel for Defendant