UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATEASE DEVAUGHN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INPHONIC, INC. )<br>)<br>Defendant. ) | Civil Action No. 1:05CV01451 (RU) |

# ANSWER

## FIRST DEFENSE

Plaintiff's Complaint, in whole or in part, fails to state a claim upon which relief can be granted.

## SECOND DEFENSE

Plaintiff's claims are barred, in whole or in part, by estoppel.

## THIRD DEFENSE

Plaintiff's claims are barred, in whole or in part, by the statute of limitations and/or other time limitations.

## FOURTH DEFENSE

No facts have been alleged that would support a claim for punitive damages.

## FIFTH DEFENSE

Plaintiff is not entitled to punitive damages or any damages whatsoever.

## SIXTH DEFENSE

Plaintiff's claims for punitive damages violate Defendant's rights to procedural and substantive due process and its rights to protection against unreasonable fines.

## SEVENTH DEFENSE

Plaintiff has failed to mitigate her damages.

## EIGHTH DEFENSE

The Complaint is neither well grounded in fact nor warranted by existing law or a good faith argument for the extension, modification or reversal of existing law.

## NINTH DEFENSE

The acts of which Plaintiff complains were undertaken in good faith for legitimate, non-discriminatory reasons.

## TENTH DEFENSE

Defendant InPhonic, Inc. ("InPhonic") responds to the enumerated paragraphs of the Amended Complaint as follows:

1. Defendant admits that Plaintiff is Black and is a female and can neither admit nor deny the remaining allegations of this paragraph as it is without information or knowledge sufficient to do so.

2. Admitted.

3. Defendant admits that Plaintiff's employment with InPhonic began in November 2001 and terminated on February 21, 2005.

4. Defendant can neither admit nor deny the allegations of this paragraph, as it is without information or knowledge sufficient to do so.

5. Defendant admits that Plaintiff took an approved medical leave between February 15-21, 2005, but can neither admit nor deny the allegation pertain to a serious

health condition as it is without information or knowledge sufficient to do so, and need not respond to the allegation pertaining to the federal Family and Medical Leave Act, which calls for a conclusion of law.

6. Denied.

7. Denied.

8. Denied.

9. Denied.

10. Denied.

11. See responses to 1-10.

12. Denied.

13. No response required.

14. See responses to 1-13.

15. Denied.

16. No response required.

WHEREFORE, Defendant demands judgment against Plaintiff Katease DeVaughn, with costs.

Dated: July 29, 2005

_____
Douglas B. Mishkin, DC Bar #338590
Patton Boggs LLP
2550 M Street, NW
Washington, DC 20037
(202) 457-6020 (phone)
(202) 457-6482 (fax)

Counsel for Defendant