## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KATEASE DEVAUGHN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 1:05CV01451 (RU) |
| v. | ) | |
| | ) | |
| INPHONIC, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT MOTION TO EXTEND DEADLINES
## FOR OPPOSITION AND REPLY BRIEFS

Plaintiff Katease DeVaughn ("DeVaughn") and Defendant InPhonic, Inc.

("InPhonic"), by counsel, hereby jointly move this Court to extend their respective deadlines

for DeVaughn to file her opposition to InPhonic's pending motion to transfer and for

InPhonic to file its reply brief.

The grounds for this motion are as follows:

1.      DeVaughn's Opposition to InPhonic's motion to transfer presently is due

August 9, 2005; InPhonic's reply brief is due August 16, 2005.

2.      Due to their respective summer vacation schedules and related scheduling

matters, counsel for each party needs a brief extension of the respective deadlines.

3.      Counsel have conferred and have agreed to the following deadlines:

DeVaughn's Opposition:        August 15, 2005

InPhonic's Reply:             August 26, 2005

4.      These extensions will not impair the orderly administration of this case.

For the foregoing reasons, Plaintiff Katease DeVaughn and Defendant InPhonic, Inc. request that this Court grant their Joint Motion to Extend Deadlines for Opposition and Reply Briefs.

Dated: July 29, 2005

_____
Alan Lescht, Esq., DC Bar #441691
Alan Lescht & Associates, P.C.
1050 17th Street, NW #220
Washington, DC 20036
(202) 463-6036 (phone)
(202) 463-6067 (fax)

Counsel for Plaintiff

_____
Douglas B. Mishkin, DC Bar #338590
Patton Boggs LLP
2550 M Street, NW
Washington, DC 20037
(202) 457-6000 (phone)
(202) 457-6482 (fax)

Counsel for Defendant

## MEMORANDUM OF POINTS AND AUTHORITIES

The inherent authority of this Court.

_____
Alan Lescht, Esq.

_____
Douglas B. Mishkin, Esq.