**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KATEASE DEVAUGHN ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:05CV01451 (RU) |
| v. ) | |
| ) | |
| INPHONIC, INC. ) | |
| ) | |
| Defendant. ) | |

**<u>ORDER</u>**

Upon consideration of Plaintiff Katease DeVaughn and Defendant InPhonic, Inc.'s Joint Motion to Extend Deadlines for Opposition and Reply Briefs, it is, by the Court, this ___ day of ____, 2005, hereby

ORDERED, that Plaintiff Katease DeVaughn and Defendant InPhonic, Inc.'s Joint Motion to Extend Deadlines for Opposition and Reply Briefs be and is GRANTED.

_____
United States District Judge

cc:

Douglas B. Mishkin, Esq.
Alan Lescht, Esq.