UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KATEASE DEVAUGHN )
)
Plaintiff, )
) Civil Action No. 1:05CV01451 (RU)
v. )
)
INPHONIC, INC. )
)
Defendant. )

### DECLARATION OF KATHLEEN HAITHCOCK

1. My name is Kathleen Haithcock.

2. I am authorized and competent to execute this declaration, which I do upon personal knowledge and upon my review of corporate records.

3. I am currently employed as the Senior Vice President of Administration for InPhonic, Inc., the defendant in the above-captioned matter.

4. InPhonic is an online provider of wireless services and devices.

5. On November 12, 2001, InPhonic hired Plaintiff Katease DeVaughn ("DeVaughn") to work as a Credit Activations Specialist in its offices in Largo, Maryland ("Largo Office").

6. DeVaughn worked exclusively in InPhonic's Largo Office for almost four and a half years.

7. DeVaughn never worked for InPhonic at any other location.

8. DeVaughn's passport access card – her company security card – gave her access only to the Largo Office and not to any InPhonic site in the District of Columbia.

9. On February 21, 2005, InPhonic terminated DeVaughn for insubordination.

10. All of DeVaughn's personnel records are kept in Maryland.

11. DeVaughn's supervisor at the time of her termination (J.D. Darby) resides in Maryland.

12. James Reed, who supervised DeVaughn before Mr. Darby, resides in Virginia.

I HEREBY DECLARE under penalty of perjury that the foregoing is true and correct.

Executed on July 29, 2005.

Kathleen Haithcock