SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| Katease DeVaughn<br>505 Castlewood Place<br>Largo, Maryland 20774<br><br>Plaintiff,<br><br>v.<br><br>InPhonic, Incorporated<br>1010 Wisconsin Avenue, NW<br>Washington, DC 20007<br><br>Defendant. | Case No. 05-0003489 |

## AFFIDAVIT OF KATHLEEN HAITHCOCK

I, Kathleen Haithcock, do hereby swear and affirm under the penalties of perjury that I am over the age of eighteen years, that the following is based on my personal knowledge and my personal review of files within the Human Resources department of the Defendant, that I am competent to so testify and that the following information is both true and correct.

I am Senior Vice President of Human Resources and Administration for InPhonic. The Plaintiff, Ms. DeVaughn, was hired at our Largo, Maryland facility on November 12, 2001 and her employment was terminated at our Largo, Maryland facility on February 21, 2005. She has never worked at any other InPhonic location.

Further the Affiant Sayeth Not -- this 15th. Day of June, 2005.

_____
Kathleen Haithcock

3872058v1