EXHIBIT 2

Table C.
U.S. District Courts—Civil Cases Commenced, Terminated, and Pending
During the 12-Month Periods Ending March 31, 2003 and 2004

| Circuit | Filings 2003 | Filings 2004 | Filings Percent Change | Terminations 2003 | Terminations 2004 | Terminations Percent Change | Pending 2003[1] | Pending 2004 | Pending Percent Change |
|---|---|---|---|---|---|---|---|---|---|
| **TOTAL** | 256,858 | 255,851 | -0.4 | 267,580 | 241,864 | -9.6 | 250,500 | 264,487 | 5.6 |
| **DC** | 2,850 | 2,531 | -11.2 | 2,406 | 2,813 | 16.9 | 3,590 | 3,308 | -7.9 |
| **1ST** | 6,602 | 6,445 | -2.4 | 6,609 | 6,300 | -4.7 | 7,161 | 7,306 | 2.0 |
| ME | 515 | 537 | 4.3 | 476 | 615 | 29.2 | 410 | 332 | -19.0 |
| MA | 3,107 | 3,331 | 7.2 | 3,016 | 2,883 | -4.4 | 3,540 | 3,988 | 12.7 |
| NH | 648 | 574 | -11.4 | 519 | 603 | 16.2 | 536 | 507 | -5.4 |
| RI | 538 | 621 | 15.4 | 556 | 616 | 10.8 | 561 | 566 | 0.9 |
| PR | 1,794 | 1,382 | -23.0 | 2,042 | 1,583 | -22.5 | 2,114 | 1,913 | -9.5 |
| **2ND** | 23,242 | 23,459 | 0.9 | 25,195 | 22,408 | -11.1 | 30,119 | 31,170 | 3.5 |
| CT | 2,463 | 2,300 | -6.6 | 2,516 | 2,108 | -16.2 | 2,901 | 3,093 | 6.6 |
| NY,N | 1,588 | 1,554 | -2.2 | 1,927 | 1,543 | -19.9 | 3,087 | 3,098 | 0.4 |
| NY,E | 6,619 | 6,514 | -1.6 | 8,044 | 6,918 | -14.0 | 8,252 | 7,848 | -4.9 |
| NY,S | 10,539 | 11,120 | 5.5 | 10,739 | 9,973 | -7.1 | 13,171 | 14,318 | 8.7 |
| NY,W | 1,661 | 1,628 | -2.0 | 1,600 | 1,517 | -5.2 | 2,404 | 2,515 | 4.6 |
| VT | 372 | 343 | -7.8 | 369 | 349 | -5.4 | 304 | 298 | -2.0 |
| **3RD** | 28,807 | 22,517 | -21.8 | 29,481 | 22,337 | -24.2 | 19,283 | 19,463 | 0.9 |
| DE | 1,916 | 1,147 | -40.1 | 1,386 | 1,357 | -2.1 | 1,745 | 1,535 | -12.0 |
| NJ | 6,357 | 6,559 | 3.2 | 6,224 | 6,314 | 1.4 | 5,694 | 5,939 | 4.3 |
| PA,E | 14,671 | 8,900 | -39.3 | 15,849 | 8,441 | -46.8 | 5,791 | 6,250 | 7.9 |
| PA,M | 2,547 | 2,676 | 5.1 | 2,462 | 2,666 | 8.3 | 2,015 | 2,025 | 0.5 |
| PA,W | 2,871 | 2,869 | -0.1 | 3,161 | 3,225 | 2.0 | 3,175 | 2,819 | -11.2 |
| VI | 445 | 366 | -17.8 | 399 | 334 | -16.3 | 863 | 895 | 3.7 |
| **4TH** | 21,261 | 21,147 | -0.5 | 22,999 | 19,581 | -14.9 | 16,109 | 17,675 | 9.7 |
| MD | 4,284 | 3,788 | -11.6 | 4,159 | 3,809 | -8.4 | 3,283 | 3,262 | -0.6 |
| NC,E | 1,465 | 1,529 | 4.4 | 1,310 | 1,440 | 9.9 | 1,234 | 1,323 | 7.2 |
| NC,M | 1,192 | 1,247 | 4.6 | 1,147 | 1,157 | 0.9 | 983 | 1,073 | 9.2 |
| NC,W | 984 | 1,074 | 9.1 | 1,021 | 955 | -6.5 | 983 | 1,102 | 12.1 |
| SC | 4,376 | 4,308 | -1.6 | 4,102 | 4,361 | 6.3 | 4,315 | 4,262 | -1.2 |
| VA,E | 4,820 | 4,245 | -11.9 | 7,095 | 4,126 | -41.9 | 2,238 | 2,357 | 5.3 |
| VA,W | 2,018 | 1,559 | -22.8 | 2,091 | 1,800 | -13.9 | 1,358 | 1,117 | -17.8 |
| WV,N | 587 | 789 | 34.4 | 585 | 716 | 22.4 | 605 | 678 | 12.1 |
| WV,S | 1,535 | 2,608 | 69.9 | 1,489 | 1,217 | -18.3 | 1,110 | 2,501 | 125.3 |

36

Table C. (March 31, 2004—Continued)

| Circuit | Filings 2003 | Filings 2004 | Filings Percent Change | Terminations 2003 | Terminations 2004 | Terminations Percent Change | Pending 2003[1] | Pending 2004 | Pending Percent Change |
|---|---|---|---|---|---|---|---|---|---|
| **5TH** | **33,473** | **34,864** | **4.2** | **32,119** | **33,023** | **2.8** | **34,029** | **35,870** | **5.4** |
| LA,E | 3,770 | 3,456 | -8.3 | 3,562 | 3,372 | -5.3 | 3,077 | 3,161 | 2.7 |
| LA,M | 1,105 | 1,068 | -3.4 | 1,195 | 1,014 | -15.2 | 8,790 | 8,844 | 0.6 |
| LA,W | 2,754 | 2,640 | -4.1 | 2,692 | 2,510 | -6.8 | 2,549 | 2,679 | 5.1 |
| MS,N | 1,595 | 1,670 | 4.7 | 1,436 | 1,552 | 8.1 | 1,413 | 1,531 | 8.4 |
| MS,S | 5,565 | 3,742 | -32.8 | 3,634 | 4,023 | 10.7 | 4,609 | 4,356 | -6.1 |
| TX,N | 5,153 | 6,144 | 19.2 | 5,165 | 5,657 | 9.5 | 3,869 | 4,328 | 12.6 |
| TX,E | 3,022 | 3,779 | 25.0 | 3,904 | 3,509 | -10.1 | 2,345 | 2,615 | 11.5 |
| TX,S | 7,283 | 8,920 | 22.5 | 7,198 | 8,157 | 13.3 | 5,059 | 5,822 | 15.1 |
| TX,W | 3,226 | 3,445 | 6.8 | 3,333 | 3,229 | -3.1 | 2,318 | 2,534 | 9.3 |
| **6TH** | **21,853** | **23,668** | **8.3** | **31,439** | **21,046** | **-33.1** | **36,088** | **38,710** | **7.3** |
| KY,E | 2,479 | 2,309 | -6.9 | 2,369 | 2,416 | 2.0 | 1,506 | 1,854 | -5.5 |
| KY,W | 1,589 | 1,487 | -6.4 | 1,474 | 1,500 | 1.8 | 1,506 | 1,493 | -0.9 |
| MI,E | 4,861 | 4,880 | 0.4 | 4,749 | 4,723 | -0.6 | 18,976 | 19,133 | 0.8 |
| MI,W | 1,617 | 1,741 | 7.7 | 1,511 | 1,648 | 9.1 | 1,239 | 1,332 | 7.5 |
| OH,N | 3,865 | 5,844 | 51.2 | 14,165 | 3,666 | -74.1 | 4,760 | 6,938 | 45.8 |
| OH,S | 2,856 | 2,722 | -4.7 | 2,718 | 2,699 | -0.7 | 3,133 | 3,156 | 0.7 |
| TN,E | 1,715 | 1,710 | -0.3 | 1,544 | 1,607 | 4.1 | 1,742 | 1,845 | 5.9 |
| TN,M | 1,534 | 1,631 | 6.3 | 1,682 | 1,667 | -0.9 | 1,676 | 1,640 | -2.2 |
| TN,W | 1,337 | 1,344 | 0.5 | 1,227 | 1,120 | -8.7 | 1,095 | 1,319 | 20.5 |
| **7TH** | **20,657** | **20,344** | **-1.5** | **20,350** | **19,794** | **-2.7** | **16,083** | **16,633** | **3.4** |
| IL,N | 10,151 | 10,378 | 2.2 | 9,918 | 10,320 | 4.1 | 7,786 | 7,844 | 0.7 |
| IL,C | 1,209 | 1,085 | -10.3 | 1,249 | 1,104 | -11.6 | 1,039 | 1,020 | -1.8 |
| IL,S | 2,211 | 1,159 | -47.6 | 2,127 | 1,106 | -48.0 | 1,243 | 1,296 | 4.3 |
| IN,N | 2,029 | 2,156 | 6.3 | 1,898 | 2,077 | 9.4 | 1,705 | 1,784 | 4.6 |
| IN,S | 3,016 | 3,153 | 4.5 | 3,070 | 3,107 | 1.2 | 2,873 | 2,919 | 1.6 |
| WI,E | 1,329 | 1,598 | 20.2 | 1,355 | 1,343 | -0.9 | 1,207 | 1,462 | 21.1 |
| WI,W | 712 | 815 | 14.5 | 733 | 737 | 0.5 | 230 | 308 | 33.9 |
| **8TH** | **18,186** | **17,004** | **-6.5** | **14,279** | **15,244** | **6.8** | **16,275** | **18,035** | **10.8** |
| AR,E | 2,124 | 2,403 | 13.1 | 2,123 | 2,202 | 3.7 | 1,980 | 2,181 | 10.2 |
| AR,W | 1,260 | 1,318 | 4.6 | 1,303 | 1,253 | -3.8 | 958 | 1,023 | 6.8 |
| IA,N | 590 | 599 | 1.5 | 617 | 595 | -3.6 | 550 | 554 | 0.7 |
| IA,S | 945 | 1,043 | 10.4 | 998 | 864 | -13.4 | 839 | 1,018 | 21.3 |
| MN | 6,942 | 5,443 | -21.6 | 2,625 | 4,083 | 55.5 | 6,345 | 7,705 | 21.4 |
| MO,E | 2,213 | 2,169 | -2.0 | 2,387 | 2,175 | -8.9 | 1,954 | 1,948 | -0.3 |
| MO,W | 2,331 | 2,189 | -6.1 | 2,571 | 2,240 | -12.9 | 1,901 | 1,850 | -2.7 |
| NE | 1,021 | 1,100 | 7.7 | 909 | 1,060 | 16.6 | 1,036 | 1,076 | 3.9 |
| ND | 273 | 268 | -1.8 | 305 | 291 | -4.6 | 237 | 214 | -9.7 |
| SD | 487 | 472 | -3.1 | 441 | 481 | 9.1 | 475 | 466 | -1.9 |

37

Table C. (March 31, 2004—Continued)

| Circuit | Filings 2003 | Filings 2004 | Filings Percent Change | Terminations 2003 | Terminations 2004 | Terminations Percent Change | Pending 2003[1] | Pending 2004 | Pending Percent Change |
|---|---|---|---|---|---|---|---|---|---|
| 9TH | 40,782 | 43,871 | 7.6 | 42,578 | 40,804 | -4.2 | 38,635 | 41,702 | 7.9 |
| AK | 394 | 389 | -1.3 | 598 | 346 | -42.2 | 339 | 382 | 12.7 |
| AZ | 3,398 | 3,353 | -1.3 | 3,512 | 3,303 | -6.0 | 3,475 | 3,525 | 1.4 |
| CA,N | 6,187 | 5,962 | -3.6 | 6,852 | 5,528 | -19.3 | 6,135 | 6,569 | 7.1 |
| CA,E | 4,445 | 4,732 | 6.5 | 4,073 | 4,040 | -0.8 | 4,883 | 5,575 | 14.2 |
| CA,C | 12,359 | 13,523 | 9.4 | 14,150 | 13,699 | -3.2 | 11,465 | 11,289 | -1.5 |
| CA,S | 2,869 | 2,863 | -0.2 | 2,735 | 2,790 | 2.0 | 2,081 | 2,154 | 3.5 |
| HI | 815 | 784 | -3.8 | 813 | 987 | 21.4 | 991 | 788 | -20.5 |
| ID | 607 | 607 | 0.0 | 675 | 579 | -14.2 | 673 | 701 | 4.2 |
| MT | 690 | 700 | 1.4 | 723 | 699 | -3.3 | 786 | 787 | 0.1 |
| NV | 2,407 | 2,480 | 3.0 | 2,528 | 2,433 | -3.8 | 2,377 | 2,424 | 2.0 |
| OR | 2,360 | 2,514 | 6.5 | 2,139 | 2,040 | -4.6 | 2,102 | 2,576 | 22.5 |
| WA,E | 755 | 951 | 26.0 | 713 | 847 | 18.8 | 621 | 725 | 16.7 |
| WA,W | 3,399 | 4,919 | 44.7 | 2,973 | 3,434 | 15.5 | 2,577 | 4,062 | 57.6 |
| GUAM | 38 | 52 | 36.8 | 50 | 38 | -24.0 | 77 | 91 | 18.2 |
| NMI | 59 | 42 | -28.8 | 44 | 41 | -6.8 | 53 | 54 | 1.9 |
| 10TH | 11,892 | 11,348 | -4.6 | 11,547 | 11,463 | -0.7 | 10,614 | 10,499 | -1.1 |
| CO | 2,483 | 2,903 | 16.9 | 2,594 | 2,725 | 5.1 | 2,349 | 2,527 | 7.6 |
| KS | 1,921 | 1,778 | -7.5 | 1,786 | 1,866 | 4.5 | 1,779 | 1,691 | -5.0 |
| NM | 1,750 | 1,476 | -15.7 | 1,569 | 1,559 | -0.6 | 1,520 | 1,437 | -5.5 |
| OK,N | 1,003 | 973 | -3.0 | 1,032 | 890 | -13.8 | 1,004 | 1,087 | 8.3 |
| OK,E | 764 | 706 | -7.6 | 748 | 673 | -10.0 | 522 | 555 | 6.3 |
| OK,W | 1,983 | 1,853 | -6.6 | 1,948 | 1,986 | 2.0 | 1,429 | 1,296 | -9.3 |
| UT | 1,662 | 1,301 | -21.7 | 1,572 | 1,416 | -9.9 | 1,648 | 1,533 | -7.0 |
| WY | 326 | 358 | 9.8 | 298 | 348 | 16.8 | 363 | 373 | 2.8 |
| 11TH | 27,253 | 28,653 | 5.1 | 28,578 | 27,051 | -5.4 | 22,514 | 24,116 | 7.1 |
| AL,N | 3,208 | 3,439 | 7.2 | 3,323 | 3,358 | 1.1 | 2,954 | 3,035 | 2.7 |
| AL,M | 1,479 | 1,280 | -13.5 | 1,473 | 1,263 | -14.3 | 1,267 | 1,284 | 1.3 |
| AL,S | 1,071 | 923 | -13.8 | 1,070 | 930 | -13.1 | 732 | 725 | -1.0 |
| FL,N | 1,454 | 1,492 | 2.6 | 1,459 | 1,365 | -6.5 | 1,071 | 1,198 | 11.9 |
| FL,M | 6,298 | 7,113 | 12.9 | 6,636 | 6,522 | -1.7 | 4,663 | 5,254 | 12.7 |
| FL,S | 7,012 | 7,178 | 2.4 | 7,557 | 6,947 | -8.1 | 6,497 | 6,728 | 3.6 |
| GA,N | 4,353 | 4,997 | 14.8 | 4,639 | 4,412 | -4.9 | 3,427 | 4,012 | 17.1 |
| GA,M | 1,275 | 1,126 | -11.7 | 1,344 | 1,206 | -10.3 | 1,140 | 1,060 | -7.0 |
| GA,S | 1,103 | 1,105 | 0.2 | 1,077 | 1,048 | -2.7 | 763 | 820 | 7.5 |

NOTE: PENDING CASES EXCLUDE ASBESTOS CASES TRANSFERRED TO PA,E UNDER ORDER 875 OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION.
[1] REVISED.

38

## Table C-1.
## U.S. District Courts—Civil Cases Commenced, Terminated, and Pending During the 12-Month Period Ending March 31, 2004

| Circuit and District | Total Civil Cases | | | | U.S. Civil Cases | | | | Private Civil Cases | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Pending Mar. 31, 2003 | Commenced | Terminated | Pending Mar. 31, 2004 | Pending Mar. 31, 2003 | Commenced | Terminated | Pending Mar. 31, 2004 | Pending Mar. 31, 2003 | Commenced | Terminated | Pending Mar. 31, 2004 |
| TOTAL | 250,500 | 255,851 | 241,864 | 264,487 | 46,192 | 47,642 | 50,573 | 43,261 | 204,308 | 208,209 | 191,291 | 221,226 |
| DC | 3,590 | 2,531 | 2,813 | 3,308 | 1,910 | 1,235 | 1,372 | 1,773 | 1,680 | 1,296 | 1,441 | 1,535 |
| 1ST | 7,161 | 6,445 | 6,300 | 7,306 | 1,321 | 1,283 | 1,393 | 1,211 | 5,840 | 5,162 | 4,907 | 6,095 |
| ME | 410 | 537 | 615 | 332 | 81 | 150 | 133 | 98 | 329 | 387 | 482 | 234 |
| MA | 3,540 | 3,331 | 2,883 | 3,988 | 525 | 516 | 503 | 538 | 3,015 | 2,815 | 2,380 | 3,450 |
| NH | 536 | 574 | 603 | 507 | 73 | 104 | 120 | 57 | 463 | 470 | 483 | 450 |
| RI | 561 | 621 | 616 | 566 | 103 | 124 | 126 | 101 | 458 | 497 | 490 | 465 |
| PR | 2,114 | 1,382 | 1,583 | 1,913 | 539 | 389 | 511 | 417 | 1,575 | 993 | 1,072 | 1,496 |
| 2ND | 30,119 | 23,459 | 22,408 | 31,170 | 4,171 | 3,244 | 3,515 | 3,900 | 25,948 | 20,215 | 18,893 | 27,270 |
| CT | 2,901 | 2,300 | 2,108 | 3,093 | 333 | 271 | 290 | 314 | 2,568 | 2,029 | 1,818 | 2,779 |
| NY,N | 3,087 | 1,554 | 1,543 | 3,098 | 469 | 250 | 280 | 439 | 2,618 | 1,304 | 1,263 | 2,659 |
| NY,E | 8,252 | 6,514 | 6,918 | 7,848 | 1,567 | 1,148 | 1,306 | 1,409 | 6,685 | 5,366 | 5,612 | 6,439 |
| NY,S | 13,171 | 11,120 | 9,973 | 14,318 | 1,207 | 1,066 | 1,076 | 1,197 | 11,964 | 10,054 | 8,897 | 13,121 |
| NY,W | 2,404 | 1,628 | 1,517 | 2,515 | 523 | 406 | 445 | 484 | 1,881 | 1,222 | 1,072 | 2,031 |
| VT | 304 | 343 | 349 | 298 | 72 | 103 | 118 | 57 | 232 | 240 | 231 | 241 |
| 3RD | 19,283 | 22,517 | 22,337 | 19,463 | 3,357 | 3,815 | 4,215 | 2,957 | 15,926 | 18,702 | 18,122 | 16,506 |
| DE | 1,745 | 1,147 | 1,357 | 1,535 | 125 | 79 | 108 | 96 | 1,620 | 1,068 | 1,249 | 1,439 |
| NJ | 5,694 | 6,559 | 6,314 | 5,939 | 970 | 994 | 1,081 | 883 | 4,724 | 5,565 | 5,233 | 5,056 |
| PA,E | 5,791 | 8,900 | 8,441 | 6,250 | 746 | 1,003 | 1,092 | 657 | 5,045 | 7,897 | 7,349 | 5,593 |
| PA,M | 2,015 | 2,676 | 2,666 | 2,025 | 635 | 862 | 932 | 565 | 1,380 | 1,814 | 1,734 | 1,460 |
| PA,W | 3,175 | 2,869 | 3,225 | 2,819 | 798 | 819 | 968 | 649 | 2,377 | 2,050 | 2,257 | 2,170 |
| VI | 863 | 366 | 334 | 895 | 83 | 58 | 34 | 107 | 780 | 308 | 300 | 788 |
| 4TH | 16,109 | 21,147 | 19,581 | 17,675 | 4,269 | 4,858 | 5,360 | 3,767 | 11,840 | 16,289 | 14,221 | 13,908 |
| MD | 3,283 | 3,788 | 3,809 | 3,262 | 730 | 737 | 881 | 586 | 2,553 | 3,051 | 2,928 | 2,676 |
| NC,E | 1,234 | 1,529 | 1,440 | 1,323 | 421 | 517 | 538 | 400 | 813 | 1,012 | 902 | 923 |
| NC,M | 983 | 1,247 | 1,157 | 1,073 | 333 | 347 | 391 | 289 | 650 | 900 | 766 | 784 |
| NC,W | 983 | 1,074 | 955 | 1,102 | 254 | 262 | 270 | 246 | 729 | 812 | 685 | 856 |
| SC | 4,315 | 4,308 | 4,361 | 4,262 | 854 | 1,045 | 1,152 | 747 | 3,461 | 3,263 | 3,209 | 3,515 |
| VA,E | 2,238 | 4,245 | 4,126 | 2,357 | 380 | 658 | 717 | 321 | 1,858 | 3,587 | 3,409 | 2,036 |
| VA,W | 1,358 | 1,559 | 1,800 | 1,117 | 544 | 539 | 693 | 390 | 814 | 1,020 | 1,107 | 727 |
| WV,N | 605 | 789 | 716 | 678 | 239 | 242 | 195 | 286 | 366 | 547 | 521 | 392 |
| WV,S | 1,110 | 2,608 | 1,217 | 2,501 | 514 | 511 | 523 | 502 | 596 | 2,097 | 694 | 1,999 |

39

Table C-1. (March 31, 2004—Continued)

| Circuit and District | Total Civil Cases | | | | U.S. Civil Cases | | | | Private Civil Cases | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Pending Mar. 31, 2003 | Commenced | Terminated | Pending Mar. 31, 2004 | Pending Mar. 31, 2003 | Commenced | Terminated | Pending Mar. 31, 2004 | Pending Mar. 31, 2003 | Commenced | Terminated | Pending Mar. 31, 2004 |
| 5TH | 34,029 | 34,864 | 33,023 | 35,870 | 4,229 | 5,425 | 5,323 | 4,331 | 29,800 | 29,439 | 27,700 | 31,539 |
| LA,E | 3,077 | 3,456 | 3,372 | 3,161 | 260 | 343 | 327 | 276 | 2,817 | 3,113 | 3,045 | 2,885 |
| LA,M | 8,790 | 1,068 | 1,014 | 8,844 | 95 | 94 | 94 | 95 | 8,695 | 974 | 920 | 8,749 |
| LA,W | 2,549 | 2,640 | 2,510 | 2,679 | 575 | 612 | 642 | 545 | 1,974 | 2,028 | 1,868 | 2,134 |
| MS,N | 1,413 | 1,670 | 1,552 | 1,531 | 121 | 103 | 112 | 112 | 1,292 | 1,567 | 1,440 | 1,419 |
| MS,S | 4,609 | 3,742 | 4,023 | 4,328 | 325 | 230 | 259 | 296 | 4,284 | 3,512 | 3,764 | 4,032 |
| TX,N | 3,869 | 6,144 | 5,657 | 4,356 | 714 | 853 | 901 | 666 | 3,155 | 5,291 | 4,756 | 3,690 |
| TX,E | 2,345 | 3,779 | 3,509 | 2,615 | 477 | 512 | 525 | 464 | 1,868 | 3,267 | 2,984 | 2,151 |
| TX,S | 5,059 | 8,920 | 8,157 | 5,822 | 963 | 1,793 | 1,591 | 1,165 | 4,096 | 7,127 | 6,566 | 4,657 |
| TX,W | 2,318 | 3,445 | 3,229 | 2,534 | 699 | 885 | 872 | 712 | 1,619 | 2,560 | 2,357 | 1,822 |
| 6TH | 36,088 | 23,668 | 21,046 | 38,710 | 4,450 | 4,618 | 5,130 | 3,938 | 31,638 | 19,050 | 15,916 | 34,772 |
| KY,E | 1,961 | 2,309 | 2,416 | 1,854 | 1,059 | 1,285 | 1,427 | 917 | 902 | 1,024 | 989 | 937 |
| KY,W | 1,506 | 1,487 | 1,500 | 1,493 | 383 | 381 | 433 | 331 | 1,123 | 1,106 | 1,067 | 1,162 |
| MI,E | 18,976 | 4,880 | 4,723 | 19,133 | 746 | 816 | 907 | 655 | 18,230 | 4,064 | 3,816 | 18,478 |
| MI,W | 1,239 | 1,741 | 1,648 | 1,332 | 243 | 284 | 307 | 220 | 996 | 1,457 | 1,341 | 1,112 |
| OH,N | 4,760 | 5,844 | 3,666 | 6,938 | 561 | 577 | 731 | 407 | 4,199 | 5,267 | 2,935 | 6,531 |
| OH,S | 3,133 | 2,722 | 2,699 | 3,156 | 545 | 486 | 513 | 518 | 2,588 | 2,236 | 2,186 | 2,638 |
| TN,E | 1,742 | 1,710 | 1,607 | 1,845 | 481 | 393 | 440 | 434 | 1,261 | 1,317 | 1,167 | 1,411 |
| TN,M | 1,676 | 1,631 | 1,667 | 1,640 | 231 | 189 | 178 | 242 | 1,445 | 1,442 | 1,489 | 1,398 |
| TN,W | 1,095 | 1,344 | 1,120 | 1,319 | 201 | 207 | 194 | 214 | 894 | 1,137 | 926 | 1,105 |
| 7TH | 16,083 | 20,344 | 19,794 | 16,633 | 2,277 | 2,506 | 2,560 | 2,223 | 13,806 | 17,838 | 17,234 | 14,410 |
| IL,N | 7,786 | 10,378 | 10,320 | 7,844 | 1,114 | 949 | 989 | 1,074 | 6,672 | 9,429 | 9,331 | 6,770 |
| IL,C | 1,039 | 1,085 | 1,104 | 1,020 | 140 | 219 | 237 | 122 | 899 | 866 | 867 | 898 |
| IL,S | 1,243 | 1,159 | 1,106 | 1,296 | 274 | 241 | 253 | 262 | 969 | 918 | 853 | 1,034 |
| IN,N | 1,705 | 2,156 | 2,077 | 1,784 | 189 | 290 | 295 | 184 | 1,516 | 1,866 | 1,782 | 1,600 |
| IN,S | 2,873 | 3,153 | 3,107 | 2,919 | 369 | 480 | 469 | 380 | 2,504 | 2,673 | 2,638 | 2,539 |
| WI,E | 1,207 | 1,598 | 1,343 | 1,462 | 153 | 187 | 186 | 154 | 1,054 | 1,411 | 1,157 | 1,308 |
| WI,W | 230 | 815 | 737 | 308 | 38 | 140 | 131 | 47 | 192 | 675 | 606 | 261 |
| 8TH | 16,275 | 17,004 | 15,244 | 18,035 | 2,938 | 3,387 | 3,591 | 2,734 | 13,337 | 13,617 | 11,653 | 15,301 |
| AR,E | 1,980 | 2,403 | 2,202 | 2,181 | 610 | 672 | 724 | 558 | 1,370 | 1,731 | 1,478 | 1,623 |
| AR,W | 958 | 1,318 | 1,253 | 1,023 | 428 | 527 | 585 | 370 | 530 | 791 | 668 | 653 |
| IA,N | 550 | 599 | 595 | 554 | 182 | 175 | 192 | 165 | 368 | 424 | 403 | 389 |
| IA,S | 839 | 1,043 | 864 | 1,018 | 166 | 238 | 203 | 201 | 673 | 805 | 661 | 817 |
| MN | 6,345 | 5,443 | 4,083 | 7,705 | 266 | 336 | 317 | 285 | 6,079 | 5,107 | 3,766 | 7,420 |
| MO,E | 1,954 | 2,169 | 2,175 | 1,948 | 319 | 353 | 361 | 311 | 1,635 | 1,816 | 1,814 | 1,637 |
| MO,W | 1,901 | 2,189 | 2,240 | 1,850 | 550 | 598 | 669 | 479 | 1,351 | 1,591 | 1,571 | 1,371 |
| NE | 1,036 | 1,100 | 1,060 | 1,076 | 196 | 214 | 227 | 183 | 840 | 886 | 833 | 893 |
| ND | 237 | 268 | 291 | 214 | 87 | 93 | 133 | 47 | 150 | 175 | 158 | 167 |
| SD | 475 | 472 | 481 | 466 | 134 | 181 | 180 | 135 | 341 | 291 | 301 | 331 |

40

## Table C-1. (March 31, 2004—Continued)

| Circuit and District | Total Civil Cases | | | | U.S. Civil Cases | | | | Private Civil Cases | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Pending Mar. 31, 2003 | Commenced | Terminated | Pending Mar. 31, 2004 | Pending Mar. 31, 2003 | Commenced | Terminated | Pending Mar. 31, 2004 | Pending Mar. 31, 2003 | Commenced | Terminated | Pending Mar. 31, 2004 |
| **9TH** | 38,635 | 43,871 | 40,804 | 41,702 | 8,800 | 9,601 | 10,112 | 8,289 | 29,835 | 34,270 | 30,692 | 33,413 |
| AK | 339 | 389 | 346 | 382 | 112 | 127 | 108 | 131 | 227 | 262 | 238 | 251 |
| AZ | 3,475 | 3,353 | 3,303 | 3,525 | 638 | 779 | 749 | 668 | 2,837 | 2,574 | 2,554 | 2,857 |
| CA,N | 6,135 | 5,962 | 5,528 | 6,569 | 849 | 764 | 790 | 823 | 5,286 | 5,198 | 4,738 | 5,746 |
| CA,E | 4,883 | 4,732 | 4,040 | 5,575 | 929 | 1,106 | 1,031 | 1,004 | 3,954 | 3,626 | 3,009 | 4,571 |
| CA,C | 11,465 | 13,523 | 13,699 | 11,289 | 3,552 | 3,351 | 4,030 | 2,873 | 7,913 | 10,172 | 9,669 | 8,416 |
| CA,S | 2,081 | 2,863 | 2,790 | 2,154 | 538 | 690 | 731 | 497 | 1,543 | 2,173 | 2,059 | 1,657 |
| HI | 991 | 784 | 987 | 788 | 119 | 131 | 130 | 120 | 872 | 653 | 857 | 668 |
| ID | 673 | 607 | 579 | 701 | 174 | 139 | 164 | 149 | 499 | 468 | 415 | 552 |
| MT | 786 | 700 | 699 | 787 | 194 | 223 | 191 | 226 | 592 | 477 | 508 | 561 |
| NV | 2,377 | 2,480 | 2,433 | 2,424 | 291 | 365 | 386 | 270 | 2,086 | 2,115 | 2,047 | 2,154 |
| OR | 2,102 | 2,514 | 2,040 | 2,576 | 513 | 761 | 568 | 706 | 1,589 | 1,753 | 1,472 | 1,870 |
| WA,E | 621 | 951 | 847 | 725 | 272 | 431 | 429 | 274 | 349 | 520 | 418 | 451 |
| WA,W | 2,577 | 4,919 | 3,434 | 4,062 | 585 | 711 | 785 | 511 | 1,992 | 4,208 | 2,649 | 3,551 |
| GUAM | 77 | 52 | 38 | 91 | 26 | 16 | 12 | 30 | 51 | 36 | 26 | 61 |
| NMI | 53 | 42 | 41 | 54 | 8 | 7 | 8 | 7 | 45 | 35 | 33 | 47 |
| **10TH** | 10,614 | 11,348 | 11,463 | 10,499 | 2,458 | 2,479 | 2,705 | 2,232 | 8,156 | 8,869 | 8,758 | 8,267 |
| CO | 2,349 | 2,903 | 2,725 | 2,527 | 366 | 464 | 414 | 416 | 1,983 | 2,439 | 2,311 | 2,111 |
| KS | 1,779 | 1,778 | 1,866 | 1,691 | 463 | 430 | 516 | 377 | 1,316 | 1,348 | 1,350 | 1,314 |
| NM | 1,520 | 1,476 | 1,559 | 1,437 | 485 | 441 | 543 | 383 | 1,035 | 1,035 | 1,016 | 1,054 |
| OK,N | 1,004 | 973 | 890 | 1,087 | 195 | 213 | 184 | 224 | 809 | 760 | 706 | 863 |
| OK,E | 522 | 706 | 673 | 555 | 173 | 233 | 248 | 158 | 349 | 473 | 425 | 397 |
| OK,W | 1,429 | 1,853 | 1,986 | 1,296 | 352 | 398 | 449 | 301 | 1,077 | 1,455 | 1,537 | 995 |
| UT | 1,648 | 1,301 | 1,416 | 1,533 | 329 | 227 | 272 | 284 | 1,319 | 1,074 | 1,144 | 1,249 |
| WY | 363 | 358 | 348 | 373 | 95 | 73 | 79 | 89 | 268 | 285 | 269 | 284 |
| **11TH** | 22,514 | 28,653 | 27,051 | 24,116 | 6,012 | 5,191 | 5,297 | 5,906 | 16,502 | 23,462 | 21,754 | 18,210 |
| AL,N | 2,954 | 3,439 | 3,358 | 3,035 | 442 | 493 | 512 | 423 | 2,512 | 2,946 | 2,846 | 2,612 |
| AL,M | 1,267 | 1,280 | 1,263 | 1,284 | 217 | 163 | 182 | 198 | 1,050 | 1,117 | 1,081 | 1,086 |
| AL,S | 732 | 923 | 930 | 725 | 184 | 196 | 215 | 165 | 548 | 727 | 715 | 560 |
| FL,N | 1,071 | 1,492 | 1,365 | 1,198 | 319 | 381 | 335 | 365 | 752 | 1,111 | 1,030 | 833 |
| FL,M | 4,663 | 7,113 | 6,522 | 5,254 | 1,105 | 1,401 | 1,377 | 1,129 | 3,558 | 5,712 | 5,145 | 4,125 |
| FL,S | 6,497 | 7,178 | 6,947 | 6,728 | 2,836 | 1,418 | 1,577 | 2,677 | 3,661 | 5,760 | 5,370 | 4,051 |
| GA,N | 3,427 | 4,997 | 4,412 | 4,012 | 544 | 726 | 663 | 607 | 2,883 | 4,271 | 3,749 | 3,405 |
| GA,M | 1,140 | 1,126 | 1,206 | 1,060 | 229 | 221 | 257 | 193 | 911 | 905 | 949 | 867 |
| GA,S | 763 | 1,105 | 1,048 | 820 | 136 | 192 | 179 | 149 | 627 | 913 | 869 | 671 |

NOTE: PENDING CASES EXCLUDE ASBESTOS CASES TRANSFERRED TO PA,E UNDER ORDER 875 OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION.

41

Table C-5.
U.S. District Courts—Median Time Intervals From Filing to Disposition of Civil Cases Terminated, by District and Method of Disposition, During the 12-Month Period Ending March 31, 2004

| Circuit and District | Total Cases | | No Court Action | | Court Action | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Before Pretrial | | During or After Pretrial | | Trial | |
| | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months |
| TOTAL | 183,821 | 8.4 | 38,067 | 6.0 | 122,334 | 7.1 | 19,727 | 13.4 | 3,693 | 21.9 |
| DC | 2,214 | 10.6 | 995 | 8.8 | 1,149 | 12.3 | 37 | 24.5 | 33 | 35.0 |
| 1ST | | | | | | | | | | |
| ME | 5,448 | 10.3 | 1,544 | 7.4 | 2,877 | 10.0 | 848 | 15.5 | 179 | 23.2 |
| MA | 543 | 7.6 | 203 | 4.8 | 219 | 7.8 | 92 | 30.9 | 29 | 15.8 |
| NH | 2,406 | 10.3 | 1,015 | 7.4 | 1,004 | 9.6 | 310 | 17.4 | 77 | 31.5 |
| RI | 486 | 8.7 | 76 | 4.3 | 196 | 4.9 | 204 | 14.4 | 10 | 19.5 |
| PR | 541 | 9.6 | 117 | 6.8 | 235 | 7.0 | 174 | 12.1 | 15 | 23.0 |
| | 1,472 | 13.5 | 133 | 12.4 | 1,223 | 13.7 | 68 | 18.0 | 48 | 20.0 |
| 2ND | | | | | | | | | | |
| CT | 18,059 | 9.5 | 4,640 | 8.4 | 10,867 | 8.3 | 2,236 | 15.3 | 316 | 28.4 |
| NY,N | 1,722 | 10.9 | 1,160 | 9.1 | 488 | 11.0 | 28 | 32.5 | 46 | 32.0 |
| NY,E | 982 | 12.7 | 135 | 7.8 | 564 | 10.9 | 265 | 17.0 | 18 | 24.5 |
| NY,S | 5,364 | 10.8 | 1,111 | 7.4 | 3,504 | 10.1 | 636 | 16.8 | 113 | 31.5 |
| NY,W | 8,533 | 7.8 | 2,061 | 9.3 | 5,192 | 5.1 | 1,165 | 12.9 | 115 | 23.2 |
| VT | 1,144 | 11.9 | 147 | 8.9 | 846 | 10.0 | 139 | 17.0 | 12 | 37.0 |
| | 314 | 7.6 | 26 | 6.0 | 273 | 7.8 | 3 | - | 12 | 24.0 |
| 3RD | | | | | | | | | | |
| DE | 18,155 | 7.0 | 3,439 | 5.1 | 11,971 | 7.7 | 2,378 | 13.5 | 367 | 22.7 |
| NJ | 1,027 | 12.3 | 66 | 2.5 | 876 | 13.0 | 55 | 13.4 | 30 | 26.4 |
| PA,E | 5,323 | 8.8 | 975 | 5.5 | 2,389 | 5.0 | 1,871 | 13.5 | 88 | 31.5 |
| PA,M | 7,233 | 6.4 | 952 | 5.3 | 5,909 | 5.6 | 242 | 11.4 | 130 | 16.7 |
| PA,W | 1,657 | 8.5 | 523 | 4.9 | 956 | 8.2 | 115 | 18.5 | 63 | 21.7 |
| VI | 2,603 | 10.0 | 844 | 8.0 | 1,617 | 10.8 | 87 | 25.0 | 55 | 31.5 |
| | 312 | 13.8 | 79 | 10.0 | 224 | 15.8 | 8 | - | 1 | - |
| 4TH | | | | | | | | | | |
| MD | 13,815 | 8.7 | 2,834 | 5.0 | 9,172 | 8.5 | 1,510 | 10.0 | 299 | 16.9 |
| NC,E | 2,930 | 7.7 | 1,193 | 7.6 | 1,474 | 6.8 | 204 | 11.2 | 59 | 21.7 |
| NC,M | 911 | 10.0 | 166 | 7.9 | 721 | 10.5 | 8 | - | 16 | 21.8 |
| NC,W | 715 | 11.7 | 148 | 6.5 | 349 | 12.7 | 205 | 12.7 | 13 | 25.0 |
| SC | 708 | 9.7 | 195 | 8.3 | 391 | 9.7 | 115 | 16.7 | 7 | - |
| VA,E | 3,181 | 9.2 | 335 | 6.5 | 2,336 | 7.1 | 414 | 15.5 | 96 | 17.3 |
| VA,W | 2,669 | 5.2 | 525 | 3.7 | 1,545 | 5.8 | 523 | 7.3 | 76 | 9.9 |
| WV,N | 1,114 | 9.3 | 196 | 8.0 | 870 | 10.4 | 29 | 11.0 | 19 | 16.0 |
| WV,S | 601 | 7.0 | 48 | 8.2 | 537 | 7.4 | 10 | 13.0 | 6 | - |
| | 986 | 11.1 | 28 | 5.0 | 949 | 11.4 | 2 | - | 7 | - |

54

## Table C-5. (March 31, 2004—Continued)

| Circuit and District | Total Cases | | No Court Action | | Court Action | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Before Pretrial | | During or After Pretrial | | Trial | |
| | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months |
| **5TH** | **23,239** | **8.4** | **3,903** | **8.8** | **16,868** | **7.4** | **1,956** | **12.7** | **512** | **18.9** |
| LA,E | 2,808 | 9.6 | 30 | 2.0 | 1,586 | 6.2 | 1,076 | 12.5 | 116 | 16.2 |
| LA,M | 710 | 11.7 | 6 | - | 700 | 11.9 | - | - | 4 | - |
| LA,W | 1,644 | 12.7 | 697 | 11.2 | 861 | 11.9 | 28 | 19.4 | 58 | 21.3 |
| MS,N | 1,185 | 9.8 | 158 | 5.3 | 828 | 9.1 | 163 | 15.6 | 36 | 22.8 |
| MS,S | 3,371 | 8.7 | 1,478 | 8.0 | 1,824 | 7.0 | 5 | - | 64 | 18.5 |
| TX,N | 3,643 | 6.8 | 176 | 4.3 | 3,386 | 6.7 | 4 | - | 77 | 20.2 |
| TX,E | 2,244 | 6.2 | 163 | 10.5 | 1,907 | 5.7 | 127 | 12.0 | 47 | 18.8 |
| TX,S | 5,416 | 5.9 | 484 | 7.9 | 4,351 | 4.9 | 525 | 11.2 | 56 | 18.2 |
| TX,W | 2,218 | 8.8 | 711 | 8.8 | 1,425 | 8.1 | 28 | 13.0 | 54 | 17.3 |
| **6TH** | **16,920** | **10.2** | **3,317** | **6.6** | **10,372** | **9.2** | **2,900** | **13.9** | **331** | **20.8** |
| KY,E | 2,037 | 11.8 | 140 | 5.1 | 1,834 | 11.6 | 38 | 17.3 | 25 | 17.5 |
| KY,W | 1,221 | 10.8 | 184 | 7.9 | 883 | 9.4 | 138 | 15.0 | 16 | 21.0 |
| MI,E | 3,679 | 9.6 | 881 | 5.0 | 1,456 | 7.7 | 1,287 | 13.0 | 55 | 24.8 |
| MI,W | 1,045 | 8.9 | 138 | 3.1 | 872 | 9.8 | 13 | 19.0 | 22 | 17.5 |
| OH,N | 3,104 | 8.7 | 910 | 6.2 | 1,436 | 8.1 | 700 | 10.6 | 58 | 20.0 |
| OH,S | 2,361 | 12.3 | 807 | 9.6 | 1,262 | 12.4 | 251 | 16.5 | 41 | 24.0 |
| TN,E | 1,344 | 11.3 | 186 | 8.4 | 655 | 9.9 | 469 | 15.6 | 34 | 16.0 |
| TN,M | 1,325 | 11.2 | 27 | 4.5 | 1,249 | 10.6 | 2 | - | 47 | 21.0 |
| TN,W | 804 | 10.3 | 44 | 6.0 | 725 | 10.7 | 2 | - | 33 | 19.7 |
| **7TH** | **16,078** | **6.1** | **3,035** | **5.7** | **11,110** | **5.4** | **1,681** | **12.2** | **252** | **24.0** |
| IL,N | 9,279 | 5.3 | 2,022 | 5.8 | 6,496 | 4.6 | 632 | 13.4 | 129 | 27.3 |
| IL,C | 771 | 8.0 | 158 | 7.0 | 579 | 8.6 | 10 | 20.5 | 24 | 21.0 |
| IL,S | 820 | 9.5 | 134 | 5.2 | 631 | 9.4 | 27 | 22.7 | 28 | 24.0 |
| IN,N | 1,354 | 9.3 | 189 | 6.0 | 628 | 6.9 | 513 | 13.3 | 24 | 22.0 |
| IN,S | 2,366 | 11.2 | 233 | 4.5 | 1,863 | 11.0 | 252 | 16.5 | 18 | 21.0 |
| WI,E | 994 | 7.6 | 250 | 4.6 | 701 | 8.2 | 29 | 18.0 | 14 | 23.0 |
| WI,W | 494 | 4.3 | 49 | 2.2 | 212 | 3.0 | 218 | 6.0 | 15 | 9.0 |
| **8TH** | **12,061** | **9.7** | **2,647** | **8.5** | **7,854** | **8.0** | **1,252** | **13.0** | **308** | **19.2** |
| AR,E | 1,543 | 12.3 | 338 | 12.4 | 1,131 | 11.8 | 21 | 16.0 | 53 | 20.0 |
| AR,W | 1,044 | 11.2 | 14 | 7.0 | 986 | 10.9 | 11 | 13.0 | 33 | 14.8 |
| IA,N | 434 | 11.5 | 54 | 5.6 | 348 | 11.7 | 7 | - | 25 | 20.0 |
| IA,S | 610 | 10.9 | 52 | 4.0 | 346 | 7.4 | 199 | 15.1 | 13 | 22.0 |
| MN | 3,773 | 6.5 | 665 | 4.9 | 2,225 | 5.8 | 847 | 10.1 | 36 | 23.5 |
| MO,E | 1,694 | 9.7 | 488 | 9.4 | 1,152 | 9.8 | 2 | - | 52 | 18.1 |
| MO,W | 1,649 | 10.9 | 758 | 10.0 | 780 | 11.5 | 79 | 16.6 | 32 | 18.7 |
| NE | 725 | 10.2 | 21 | 4.0 | 601 | 9.1 | 60 | 15.9 | 43 | 17.0 |
| ND | 258 | 9.4 | 78 | 5.4 | 162 | 10.2 | 7 | - | 11 | 18.0 |
| SD | 331 | 10.4 | 179 | 9.3 | 123 | 10.3 | 19 | 16.4 | 10 | 23.0 |

55

Table C-5. (March 31, 2004—Continued)

| Circuit and District | Total Cases | | No Court Action | | Court Action | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Before Pretrial | | During or After Pretrial | | Trial | |
| | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months |
| **9TH** | **29,270** | **8.3** | **8,951** | **6.2** | **17,848** | **8.2** | **1,967** | **13.9** | **504** | **23.5** |
| AK | 294 | 9.1 | 2 | - | 280 | 8.5 | 1 | - | 11 | 29.0 |
| AZ | 2,093 | 10.4 | 546 | 9.6 | 1,483 | 11.6 | 9 | - | 55 | 30.0 |
| CA,N | 4,120 | 8.0 | 1,435 | 5.4 | 1,259 | 9.4 | 1,362 | 11.1 | 64 | 23.0 |
| CA,E | 2,138 | 9.8 | 499 | 8.5 | 1,603 | 9.9 | 5 | - | 31 | 29.0 |
| CA,C | 9,670 | 7.0 | 3,688 | 7.0 | 5,806 | 6.6 | 29 | 13.5 | 147 | 19.6 |
| CA,S | 2,009 | 6.9 | 85 | 3.9 | 1,904 | 6.2 | - | - | 20 | 28.0 |
| HI | 912 | 14.9 | 350 | 8.9 | 271 | 9.7 | 277 | 72.6 | 14 | 31.0 |
| ID | 431 | 12.2 | 22 | 4.0 | 329 | 10.0 | 64 | 16.6 | 16 | 18.5 |
| MT | 603 | 12.4 | 109 | 8.4 | 327 | 9.8 | 142 | 17.3 | 25 | 20.4 |
| NV | 1,760 | 7.0 | 312 | 5.3 | 1,413 | 8.3 | 2 | - | 33 | 27.5 |
| OR | 1,583 | 9.5 | 517 | 7.9 | 984 | 9.6 | 47 | 17.5 | 35 | 24.4 |
| WA,E | 670 | 9.4 | 75 | 7.7 | 571 | 9.9 | 18 | 13.0 | 6 | - |
| WA,W | 2,912 | 6.3 | 1,304 | 4.2 | 1,554 | 8.1 | 10 | 14.0 | 44 | 15.8 |
| GUAM | 35 | 11.0 | 5 | - | 28 | 10.4 | 1 | - | 1 | - |
| NMI | 40 | 8.7 | 2 | - | 36 | 8.0 | - | - | 2 | - |
| **10TH** | **8,928** | **9.2** | **928** | **6.2** | **6,412** | **8.9** | **1,347** | **12.1** | **241** | **20.0** |
| CO | 2,012 | 8.2 | 31 | 4.7 | 1,665 | 7.2 | 244 | 23.0 | 72 | 28.7 |
| KS | 1,310 | 9.6 | 291 | 8.2 | 948 | 9.3 | 42 | 17.4 | 29 | 22.0 |
| NM | 1,326 | 10.3 | 55 | 4.8 | 843 | 9.7 | 391 | 12.6 | 37 | 20.0 |
| OK,N | 747 | 9.6 | 23 | 3.2 | 694 | 9.7 | 11 | 18.0 | 19 | 19.0 |
| OK,E | 512 | 8.4 | 102 | 5.2 | 373 | 8.9 | 27 | 8.9 | 10 | 12.5 |
| OK,W | 1,508 | 8.8 | 359 | 5.5 | 612 | 8.3 | 502 | 9.8 | 35 | 13.3 |
| UT | 1,228 | 11.7 | 15 | 8.5 | 1,174 | 11.0 | 21 | 18.0 | 18 | 21.0 |
| WY | 285 | 9.2 | 52 | 4.4 | 103 | 8.6 | 109 | 10.7 | 21 | 13.5 |
| **11TH** | **19,634** | **8.1** | **1,834** | **6.1** | **15,834** | **7.9** | **1,615** | **13.3** | **351** | **20.5** |
| AL,N | 2,710 | 8.5 | 578 | 8.7 | 2,027 | 8.2 | 74 | 17.9 | 31 | 25.0 |
| AL,M | 870 | 10.6 | 15 | 2.0 | 826 | 9.7 | 15 | 14.4 | 14 | 15.4 |
| AL,S | 716 | 8.2 | 149 | 7.0 | 536 | 8.8 | 21 | 15.5 | 10 | 22.0 |
| FL,N | 752 | 7.3 | 143 | 7.3 | 592 | 7.2 | 4 | - | 13 | 19.0 |
| FL,M | 4,823 | 8.3 | 193 | 7.2 | 4,502 | 7.5 | 54 | 20.6 | 74 | 19.2 |
| FL,S | 5,292 | 6.8 | 313 | 3.6 | 4,472 | 5.5 | 393 | 11.3 | 114 | 19.6 |
| GA,N | 3,183 | 8.8 | 294 | 4.8 | 1,793 | 6.8 | 1,033 | 13.7 | 63 | 22.7 |
| GA,M | 759 | 11.5 | 101 | 8.6 | 625 | 11.1 | 13 | 16.0 | 20 | 28.5 |
| GA,S | 529 | 9.4 | 48 | 9.0 | 461 | 9.4 | 8 | - | 12 | 13.5 |

NOTE: MEDIAN TIME INTERVALS COMPUTED ONLY IF 10 OR MORE CASES. THIS TABLE EXCLUDES LAND CONDEMNATIONS, PRISONER PETITIONS, DEPORTATION REVIEWS, RECOVERY OF OVERPAYMENTS, AND ENFORCEMENT OF JUDGMENTS. FOR FISCAL YEARS PRIOR TO 2001, THIS TABLE INCLUDED DATA ON RECOVERY OF OVERPAYMENTS AND ENFORCEMENT OF JUDGMENTS.