UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATEASE DEVAUGHN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INPHONIC, INC. )<br>)<br>Defendant. ) | Civil Action No. 1:05CV01451 (RU) |

### ORDER

Upon consideration of Defendant InPhonic, Inc.'s Motion to Transfer, and Plaintiff Katease DeVaughn's opposition thereto, it is, by the Court, this ___ day of ____, 2005, hereby

ORDERED, that the above-captioned case be and is TRANSFERRED to the United States District Court for the District of Maryland, Greenbelt Division; and it is further,

ORDERED, that Defendant InPhonic, Inc.'s Motion to Transfer be and is GRANTED.

_____
United States District Judge

cc:

Douglas B. Mishkin, Esq.
Alan Lescht, Esq.