UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Katease Devaughn | * | Civ. Action No. 05-1451 (RMU) |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| Inphonic, Inc. | * | |
| | * | |
| Defendant. | * | |

PLAINTIFF'S MEMORANDUM IN OPPOSITION TO MOTION TO TRANSFER

Defendant's motion should be denied for the following reasons:

First, Defendant's corporate headquarters and principal place of business are located in Washington, DC, so Defendant is a corporate resident of DC.

Second, Plaintiff elected to file suit against Defendant in the place where Defendant maintains its principal place of business, so there is no inconvenience to Plaintiff.

Third, it may be that this courthouse is closer and more convenient to the residences of the witnesses and location of documents than the Maryland federal courthouses in Baltimore and Greenbelt.

Consequently, the motion should be denied because there would be no real inconvenience for Defendant to litigate this case here, Defendant's principal place of business is located here, and Plaintiff chose to litigate the case here.

Date: August 11, 2005

Alan Lescht & Associates, P.C.

By: _____

Alan Lescht<br>
1050 17th Street, N.W., Suite 220<br>
Washington, D.C. 20036<br>
(202) 463-6036<br>
Attorneys for Plaintiff