UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Katease Devaughn | * | Civ. Action No. 05-1451 (RMU) |
| Plaintiff, | * | |
| v. | * | |
| Inphonic, Inc. | * | |
| Defendant. | * | |

## ORDER

Upon consideration of the motion to transfer, and the opposition thereto, it is hereby ORDERED that the motion is DENIED.

_____
Hon. Ricardo M. Urbina
USDJ