UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KATEASE DEVAUGHN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 1:05CV01451 (RMU) |
| v. | ) | |
| | ) | |
| INPHONIC, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT INPHONIC'S REPLY IN SUPPORT OF
MOTION TO TRANSFER**

While brevity may have its virtue, Plaintiff Katease DeVaughn's ("DeVaughn")
Opposition outright fails to respond to – and thus concedes -- the key factors supporting
transfer in Defendant InPhonic, Inc.'s ("InPhonic") initial brief:

- DeVaughn's claims arose in Maryland.  Initial Brief at 4.

- All of the relevant documents and most of the witnesses are in Maryland.  Initial
  Brief at 4.

- DeVaughn is a citizen of Maryland, not the District of Columbia.  This fact, in
  combination with the absence of any meaningful ties of the District of Columbia
  to this lawsuit, results in "little deference" being given to DeVaughn's choice of
  forum.  Initial Brief at 4.

In addition, undersigned counsel recently received a copy of a Charge of
Discrimination filed by DeVaughn with the Prince George's County Human Relations
Commission.  Ex. 1 hereto.  In the Charge, DeVaughn identifies the "Place of Alleged

Violation" as Largo, Maryland.  To InPhonic's knowledge, DeVaughn has filed no such charge with the D.C. Office of Human Rights.

For these reasons, and for the reasons set forth in its Initial Brief, Defendant InPhonic, Inc. requests that this Court transfer this case to the United States District Court for the District of Maryland, Greenbelt Division, pursuant to 28 U.S.C. § 1404(a).

Dated:  August 26, 2005

_____
Douglas B. Mishkin, DC Bar #338590
Patton Boggs LLP
2550 M Street, NW
Washington, DC  20037
(202) 457-6000 (phone)
(202) 457-6482 (fax)

Counsel for Defendant

2