# EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

| PERSON FILING CHARGE |
| --- |
| Devaughn, Katease |

THIS PERSON (check one)
- [X] CLAIMS TO BE AGGRIEVED
- [ ] IS FILING ON BEHALF OF ANOTHER

Ms Kathleen Haithcock
Senior Vice President
InPhonic
1010 Wisconsin Ave
Suite 600
Washington, DC 20007

DATE OF ALLEGED VIOLATION

| Earliest | Most Recent |
| --- | --- |
| 08/13/2004 | 02/21/2005 |

PLACE OF ALLEGED VIOLATION
Largo, MD

EEOC CHARGE NUMBER
12HA500174

FEPA CHARGE NUMBER
JV05-0605

## NOTICE OF CHARGE OF DISCRIMINATION  IN JURISDICTIONS WHERE A FEP AGENCY WILL INITIALLY PROCESS
*(See attached information sheet for additional information)*

YOU ARE HEREBY NOTIFIED THAT A CHARGE OF EMPLOYMENT DISCRIMINATION UNDER

- [X] Title VII of the Civil Rights Act of 1964
- [ ] The Age Discrimination in Employment Act of 1967 (ADEA)
- [ ] The Americans with Disabilities Act

HAS BEEN RECEIVED BY

- [ ] The EEOC and sent for initial processing to _____
                                                          *(FEP Agency)*
- [X] The  Prince George's County, H.R.C.   and sent to the EEOC for dual filing purposes.
         *(FEP Agency)*

While EEOC has jurisdiction (upon the expiration of any deferral requirement if this is a Title VII or ADA charge) to investigate this charge, EEOC may refrain from beginning an investigation and await the issuance of the Agency's final findings and orders. These final findings and orders will be given weight by EEOC in making its own determination as to whether or not reasonable cause exists to believe that the allegations made in the charge are true.

You are therefore encouraged to cooperate fully with the Agency. All facts and evidence provided by you to the Agency in the course of its proceedings will be considered by the Commission when it reviews the Agency's final findings and orders. In many instances the Commission will take no further action, thereby avoiding the necessity of an investigation by both the Agency and the Commission. This likelihood is increased by your active cooperation with the Agency.

- [X] As a party to the charge, you may request that EEOC review the final decision and order of the above named Agency. For such a request to be honored, you must notify the Commission in writing within 15 days of your receipt of the Agency's final decision and order. If the Agency terminates its proceedings without issuing a final finding and order, you will be contacted further by the Commission. Regardless of whether the Agency or the Commission processes the charge, the Recordkeeping and Non-Retaliation provisions of Title VII and the ADEA as explained in the "EEOC Rules and Regulations" apply.

For further correspondence on this matter, please use the charge number(s) shown.

- [ ] An Equal Pay Act investigation (29 U.S.C. 206(d)) will be conducted by the Commission concurrently with the Agency's investigation of the charge.
- [X] Enclosure: Copy of Charge

BASIS OF DISCRIMINATION

- [X] RACE [ ] COLOR [ ] SEX [ ] RELIGION [ ] NAT. ORIGIN [ ] AGE [ ] DISABILITY [X] RETALIATION [ ] OTHER

CIRCUMSTANCES OF ALLEGED VIOLATION

See enclosed Form 5, Charge of Discrimination.

| DATE | TYPED NAME/TITLE OF AUTHORIZED EEOC OFFICIAL | SIGNATURE |
| --- | --- | --- |
| 06/24/2005 | Marie Tomasso, Acting Director Director | |

EEOC  FORM 131-A  (Rev. 06/92)

**RESPONDENT'S COPY**

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☒ FEPA | 29L8605 |
| ☐ EEOC | 12HA500174 |

___Prince George's County, H.R.C.___ and EEOC
*State or local Agency, if any*

| NAME *(Indicate Mr., Ms., Mrs.)* | HOME TELEPHONE *(Include Area Code)* |
|---|---|
| Ms. Katease Devaughn | (202) 345-2662 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 505 Castlewood Place, Largo, MD 20774 | | 09/25/1982 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE *(Include Area Code)* |
|---|---|---|
| Inphonic Technologies | Cat A (15-100) | (301) 883-0040 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 9301 Peppercorn Place, Largo, MD 20774 | | 033 |

| NAME | | TELEPHONE NUMBER *(Include Area Code)* |
|---|---|---|
| | | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

| CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))* | DATE DISCRIMINATION TOOK PLACE |
|---|---|
| ☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN | EARLIEST       LATEST |
| ☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER *(Specify)* | 08/13/2004   02/21/2005 |
| | ☒ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional space is needed, attach extra sheet(s)):*

I believe the Respondent discriminated against me on the basis of my race (Black) in the terms, conditions, and privileges and involuntary discharge of my employment. I further believe the Respondent retaliated against me because I filed an internal protected based complaint.

I gained employment with Respondent on November 21, 2001, as a Credit and Activations Representative and later became a Quality Assurance Analyst.

On August 13, 2004, I made an internal protected based complaint with the Director of Human Resources against my Supervisor (White). The Respondent did not take any disciplinary action against the cited Supervisor (White).

From February 14 through February 21, 2005, I was on approved medical leave. On February 21, 2005, I made another discrimination complaint with the Director of Human Resources and my Team Leader (White) against my Supervisor. Immediately, after the meeting, I was terminated.

I believe the Respondent discriminated against me because of my race (Black) and retaliated against me because I made a protected based complaint.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - (When necessary for State and Local Requirements) |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT |
| | |
| Date 6d6-05    *[signature]* Charging Party *(Signature)* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Month, day and year) |

EEOC FORM 5 (Rev. 07/99)

**RESPONDENT'S COPY**