UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KATEASE DEVAUGHN )
)
    Plaintiff, )
) Civil Action No. 1:05CV01451 (RMU)
    v. )
)
INPHONIC, INC., )
)
    Defendant. )

## LOCAL RULE 16.3(d) REPORT TO THE COURT

### Discovery Plan Outline

The parties believe that discovery can be completed within four months (4) months, i.e., by March 7, 2006.

### Succinct Statement of all Agreements w/ Respect to Any of the 14 Matters Referenced in L.Civ. R. 16.3(c)

(1) __Whether this action will be disposed of by dispositive motion.__

Pending the outcome of discovery, Defendant believes it is likely that this case will be disposed of by dispositive motion.

2) __Joinder of Additional Parties, Amendment of Pleadings, Agreement on Factual or Legal Issues.__

None.

(3) __Whether the Matter Should be Assigned to a Magistrate Judge for All Purposes, Including Trial.__

The parties see no need to assign this case to a Magistrate Judge.

(4)     <u>Possibility of Settlement.</u>

The parties do not presently see a possibility for settlement.

(5)     <u>The Benefit of Using the Court's Alternative Dispute Resolution (ADR) Procedures.</u>

Although the parties are not opposed to alternative dispute resolution in this case, at this point they do not believe ADR would be appropriate.

(6)     <u>Whether Summary Judgment or a Motion to Dismiss Could Resolve This Case.</u>

See answer (1) above. The parties suggest a deadline for dispositive motions of 45 days after the completion of discovery.

(7)     <u>Whether the Parties Should Stipulate to Dispense with F. R. Civ. P. 26(a)(1) Disclosures.</u>

No.

(8)     <u>Discovery</u>

The parties believe that discovery should be completed by March 7, 2006.

(9)     <u>Expert Witnesses</u>

The requirements of Rule 26(a)(2) should not be modified.

(10)    <u>Class Actions</u>

Not applicable.

(11)    <u>Whether the Trial Should be Bifurcated or Managed in Phases.</u>

2

There is no need for bifurcation or management of the case in phases.

(12)  The Date for the Pretrial Conference. (Trial will take place 30 to 60 days after).

The parties propose that the Court schedule a Pretrial Conference after a ruling on dispositive motions.

(13)  Whether the Court Should Set a Firm Trial Date at the First Scheduling Conference or Whether the Trial Date Should be Set from 30 to 60 days After that Conference.

The parties propose that a firm trial date should be set at the pretrial conference.

(14)  Any Additional Relevant Matters.

There are no additional matters at this time that need to be addressed.

Dated:  October 27, 2005

*/s/ Alan Lescht*
Alan Lescht, Esq., DC Bar #441691
Alan Lescht & Associates, P.C.
1050 17th Street, NW #220
Washington, DC  20036
(202) 463-6036 (phone)
(202) 463-6067 (fax)

Counsel for Plaintiff

*/s/ Douglas Mishkin*
Douglas B. Mishkin, DC Bar #338590
Patton Boggs LLP
2550 M Street, NW
Washington, DC  20037
(202) 457-6000 (phone)
(202) 457-6482 (fax)

Counsel for Defendant