UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| KATEASE DEVAUGHN, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 05-1451 (RMU) |
| | : | | |
| v. | : | Document No.: | 5 |
| | : | | |
| INPHONIC, INC., | : | | |
| | : | | |
| Defendant. | : | | |

## ORDER

### GRANTING THE DEFENDANT'S MOTION TO TRANSFER

For the reasons stated in the accompanying Memorandum Opinion, it is this 13th day of

December, 2005,

    **ORDERED** that the defendant's motion to transfer the case to the district of Maryland is

**GRANTED**.

    **SO ORDERED**.

    RICARDO M. URBINA
    United States District Judge